**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEITH SLATOWSKI and BIANCA CEMINI SLATOWSKI | : : : | CIVIL ACTION |
| v. | : : | NO. 21-729-RBS |
| SIG SAUER, INC. | : | |

**O R D E R**

**AND NOW**, this 11th day of August, 2023, it is **ORDERED** that the parties' Motions *in Limine* docketed at ECF Nos. 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, and 59 are **DISMISSED** *without prejudice* to the renewal of the Motions following the Court's ruling on Defendant's Motion for Summary Judgment (ECF No. 35).

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**