IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH SLATOWSKI and BIANCA CEMINI SLATOWSKI : | CIVIL ACTION |
| : | |
| v. : | NO. 21-729-RBS |
| : | |
| SIG SAUER, INC. : | |

**ORDER**

**AND NOW**, this 12th day of March, 2024, upon consideration of Defendant Sig Sauer, Inc.'s Motion for Summary Judgment (ECF No. 35), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED**. The Clerk of Court is directed to mark this matter as closed.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**